# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Samantha Main , | JUDGMENT IN CASE |
| Plaintiff(s), | 5:22-cv-00157-KDB-DCK |
| vs. | |
| B. Phil Howell et al , | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 29, 2024 Order.

February 29, 2024

Katherine Hord Simon, Clerk
United States District Court